IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS REALTY CORP., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:09-CV-784-WKW [WO] |
| THE CITY OF MONTGOMERY, ) ) ) | |
| Defendant. ) | |

## **ORDER**

Pursuant to the discussions held during the scheduling conference on January 19, 2011, the parties are DIRECTED to contact the court in a joint telephone call on or before **February 24, 2011**, as to the status of settlement negotiations and mediation.  Defendant shall arrange the call.

DONE this 15th day of February, 2011.

/s/ W.  Keith Watkins
UNITED STATES DISTRICT JUDGE